UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-CV-81372-MARRA

JAMES MEARS,

    Plaintiff,

vs.

CRACKER JACK CAFE, LLC and
GREENTREE II PLAZA GROUP, INC.

    Defendants.

_____/

**ORDER APPROVING CONSENT DECREE AND
DISMISSAL OF DEFENDANTS WITH PREJUDICE**

THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion to Approve Consent Decree and Dismiss Defendants with Prejudice [D.E. # 19]. The Court has carefully considered the unopposed Motion and the Consent Decree attached to the unopposed Motion as Exhibit "1", and is otherwise fully advised in this matter.   Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1.    The Unopposed Motion to Approve Consent Decree and to Dismiss Defendants with Prejudice is hereby GRANTED.

2.    The Court hereby APPROVES the Consent Decree, Defendants CRACKER JACK CAFE, LLC and GREENTREE II PLAZA GROUP, INC. are hereby DISMISSED WITH PREJUDICE.

    3.    The Court Retains jurisdiction to enforce the Consent Decree.

    4.    Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

    5.    All pending motions are denied as moot.

    6.    This case is CLOSED.

DONE AND SIGNED in Chambers, at West Palm Beach, Palm Beach County, Florida this 21st day of January, 2016.

*[signature]*
KENNETH A. MARRA
United States District Judge